No. 83. ADA ELMIRA HIRST VAN SYCKEL ET AL., AP-
PELLANTS, *v.* JUAN JOSE ARSUAGA ET AL., PARTNERS AS
SOBRINOS DE EZQUIAGA ET AL. Appeal from the District

Court of the United States for Porto Rico. Argued March 7, 1911. Decided March 13, 1911. *Per Curiam.* Dismissed for want of jurisdiction. *St. Louis, Iron Mountain & S. R. R. Co.* v. *Express Co.*, 108 U. S. 24, 28; *Southern Ry. Co.* v. *Postal Telegraph Cable Co.*, 179 U. S. 641, 644; *Covington* v. *First Nat. Bank*, 185 U. S. 270, 277; *Heike* v. *United States*, 217 U. S. 423, 429. *Mr. George H. Lamar* and *Mr. N. B. K. Pettingill* for the appellants. *Mr. Charles F. Carusi* and *Mr. Francis H. Dexter* for the appellees.